**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:                                                          CHAPTER 13

KIMBERLY FOWLER,                           CASE NUMBER 8:09-bk-14058-CED
_____/

**CHAPTER 13 TRUSTEE'S UNFAVORABLE**
**RECOMMENDATION FOR CONFIRMATION**

TO:  Clerk, United States Bankruptcy Court

Trustee's Recommendation to the Court.  The Trustee cannot recommend confirmation of the Chapter 13 Plan at this time for the following reason(s):

The Trustee cannot favorably recommend confirmation of this Plan as the Trustee is uncertain the Plan meets the best interest of creditors' test and/or that the Debtor is devoting all of the net disposable household income to the Plan.  In order to assist in this determination, the Trustee requests or has requested the Debtor provide the following documents:

* Pay Stubs/advices for the period June 1, 2009 through October 31, 2009 for Debtor (with year to date totals)
* The Debtor received approximately $8,800 within a few months of filing bankruptcy for the sale of a horse and horse trailer.  The Trustee would like an accounting of all monies received and how the proceeds were spent.

Dated this 24th day of August, 2009.

/S/ Terry E. Smith
Terry E. Smith
Chapter 13 Standing Trustee
Post Office Box 6099
Sun City Center, FL 33571-6099
Phone: (813) 658-1165
Fax:    (813) 658-1166

Copies:
Kimberly Fowler
Alan C. Ewbanks, Esq.
TES*MBM/tf